

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00239-CV

**IN THE INTEREST OF E.N.E.P.,** a Child

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 22-646
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's Order in Suit Affecting the Parent-Child Relationship, signed on January 3, 2024, is REVERSED. We REMAND this matter to the trial court for proceedings consistent with this court's opinion. Costs of appeal are assessed against the party that incurred them.

SIGNED May 7, 2025.

_____
Lori I. Valenzuela, Justice